# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No: 8:12-cv-1153-T-30EAJ

DD&S COMPANIES, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal With Prejudice (Dkt. #2). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of August, 2012.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1153 dismiss 2.docx